UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 24-1518 (DSD/JFD)

Julie Dalton,

    Plaintiff,

v.                                     **ORDER**

H&M Fashion USA, Inc.,

    Defendant.

Based upon the submitted notice of dismissal, it is hereby ordered that all claims between the parties are dismissed with prejudice and without costs, disbursements, or fees to any party.

Dated: July 24, 2024

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court